EMILY S. HILL (OSB No. 043152)
emily@hilloregonlaw.com
LAW OFFICE OF EMILY S. HILL, P.C.
4300 Goodpasture Loop, Unit 100
Eugene, Oregon 97401
Telephone: 541-344-2174

RICHARD D. GAINES, ESQ.
rdenisgaines@earthlink.net
Law Offices of Richard D. Gaines, Esq.
PO Box 943
102 Sugarberry Lane
Greentown, PA 18426-0943
Telephone: 570-857-0180
*Of Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| LEEP, INC., an Oregon corporation, | Case No.: 6:20-cv-01673-MC |
| Plaintiff, | |
| v. | NOTICE OF APPEAL |
| JOHN NORDSTROM, an individual, AMERICAP CO., L.P., AMERICAP TWO, AMERICAP THREE, LAURENCE ZIELKE, an individual and ZIELKE LAW FIRM | |
| Defendant. | |

Notice is hereby given that LEEP, Inc., Plaintiff, appeals the United States District Court's Opinion and Order entered September 15, 2023 (USDC Docket No. 195), denying

Pg. 1         Plaintiff's Notice of Appeal

Plaintiff's motion to amend the District Court's Opinion and Order and resulting judgment entered December 5, 2022.

Dated: October 4, 2023                Respectfully submitted
                                      LAW OFFICES OF RICHARD D. GAINES, ESQ.


                                      /s Richard D. Gaines
                                      RICHARD D. GAINES
                                      rdenisgaines@earthlink.net
                                      PO Box 943
                                      102 Sugarberry Lane
                                      Greentown, PA 18426-0943
                                      Telephone: 570-857-0180
                                      Of Attorney for Plaintiff

CERTIFICATE OF SERVICE

  I hereby certify that I served the foregoing Notice of Appeal, completed Form 1 Notice of Appeal and completed Form 6 Representation Statement on all counsel and parties of record by electronic means through the Court's Case Management/Electronic Case File System on the date set forth below.

Laura E. Coffin
Attorney for John Nordstrom
777 High Street
Suite 300
Eugene, OR 97401
email lcoffin@luvaascobb.com
Gregory T. Lusby
Arnold Gallagher PC
800 Willamette Street, Suite 800
Eugene, OR 97401-2996
541-484-0188
Fax: 541-484-0536
Email: glusby@arnoldgallagher.com
Joseph A Cobb
Andrea Hunt
Attorney for Laurence Zielke and Zielke Law Firm
Cobb Law, PLLC
1303 Clear Springs Trace
Ste 100
Louisville, KY 40223
502-966-7100
Fax: 502-434-5900
Email: allancobb@cobblawpllc.com
Email: andreahunt@cobblawpllc.com

DATED: October 4, 2023  LAW OFFICES OF RICHARD D. GAINES, ESQ.

  /s Richard D. Gaines
  RICHARD D. GAINES
  rdenisgaines@earthlink.net
  PO Box 943
  102 Sugarberry Lane
  Greentown, PA 18426-0943
  Telephone: 570-857-0180
  Of Attorney for Plaintiff

Pg. 3  Plaintiff's Notice of Appeal

# UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF** OREGON

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 6:20-cv-01673-MC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 09/25/2020

Date of judgment or order you are appealing: 09/15/2023

Docket entry number of judgment or order you are appealing: 195

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

LEEP, INC.

Is this a cross-appeal?  ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**          **Date**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
> LEEP, INC.

Name(s) of counsel (if any):
> Richard D. Gaines

Address: PO Box 943, 102 Sugarberry Lane, Greentown, PA 18426-0943
Telephone number(s): 570-857-0180
Email(s): rdenisgaines@earthlink.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
> Laurence Zielke and Zielke Law Firm, PLLC

Name(s) of counsel (if any):
> Gregory Lusby, Arnold Gallagher, P.C.

Address: 800 Willamette Street, Ste 800, Eugene, OR 97401
Telephone number(s): (541) 484-0188
Email(s): glusby@arnoldgallagher.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Laurence Zielke and Zielke Law Firm, PLLC

Name(s) of counsel (if any):
J. Allan Cobb and Andrea R. Hunt, Cobb Law PLLC

Address: 1303 Clear Springs Trace, Suite 100, Louisville KY 40223

Telephone number(s): 502-966-7100

Email(s): allancobb@cobblawpllc.com; andreahunt@cobblawpllc.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　　2　　　　　　　　　　　　　　*New 12/01/2018*