EMILY S. HILL (OSB No. 043152)
emily@hilloregonlaw.com
LAW OFFICE OF EMILY S. HILL, P.C.
4300 Goodpasture Loop, Unit 100
Eugene, Oregon 97401
Telephone: 541-344-2174

RICHARD D. GAINES, ESQ.
rdenisgaines@earthlink.net
Law Offices of Richard D. Gaines, Esq.
PO Box 943
102 Sugarberry Lane
Greentown, PA 18426-0943
Telephone: 570-857-0180
*Of Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| LEEP, INC., an Oregon corporation,. | Case No.: 6:20-cv-01673-MC |
| Plaintiff, | |
| v. | JOINT STATUS REPORT FOR JUDGE MCSHANE |
| JOHN NORDSTROM, an individual, AMERICAP CO., L.P., AMERICAP TWO, and AMERICAP THREE | |
| Defendants. | |

Counsel for Plaintiff, LEEP, Inc. certifies that counsel for Plaintiff and counsel for Defendant have conferred in good faith and counsel for the parties agree that the report set forth in the following paragraphs accurately sets forth the status of the case.

THE STATUS REPORT

Plaintiff is working on preparing and serving interrogatories and document demands on the defendant. It will also be issuing a subpoena on the successor bank of American Charter Bank in Illinois. Once responses to the discovery demands are received, additional subpoenas may be issued.

Counsel for plaintiff, Richard D. Gaines, is in the midst of treatments for medical issues he has. He has had three surgeries in April, May and June of this year and completed four months of chemotherapy in mid September. He will have two additional surgeries to be scheduled between now and the end of the year. The first surgery will not be scheduled until the doctors get the results of a procedure that will take place on October 16. Until the surgeries are scheduled, it will not be possible to develop a discovery schedule that includes depositions. The recovery time for the first surgery is expected to be 4-6 weeks and the recovery time for the second surgery is expected to be 3 to 4 weeks. During these recovery periods, Mr. Gaines will not be able to travel for depositions. However, he does expect to be able to carry out all other aspects of the discovery process during these recovery periods.

The parties anticipate learning more about the projected scope of discovery after plaintiff receives responses to its initial discovery requests. Both the scope of discovery and Mr. Gaines' surgery and recovery schedule should become more definite in the next two months. Accordingly, in addition to conducting initial discovery, the parties plan to confer in 60 days to get a better idea of the scope of the remaining discovery and a workable timeline for depositions.

Dated: October 12, 2023			Law Offices of Richard D. Gaines, Esq.
					Attorney for LEEP, Inc.

					/s Richard D. Gaines
					Richard D. Gaines
					rdenisgaines@earthlink.net
					PO Box 943
					102 Sugarberry Lane
					Greentown, PA 18426-0943
					Ph. 570-857-0180
					Fax 570-857-0181

					Luvass/Cobb, Attorneys at Law
					Attorney for John Nordstrom

					 /s Laura E. Coffin
					Laura E. Coffin
					lcoffin@luvaascobb.com
					777 High Street, Suite 300
					Eugene, OR 97401
					Ph. 541-484-9292
					Fax 541-343-1206

CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing Status Report on all counsel and parties of record by electronic means through the Court's Case Management/Electronic Case File System on the date set forth below.

Laura E. Coffin
Attorney for John Nordstrom
777 High Street
Suite 300
Eugene, OR 97401
email lcoffin@luvaascobb.com


DATED: October 12, 2023        LAW OFFICES OF RICHARD D. GAINES, ESQ.


                                              /s Richard D. Gaines
                                              RICHARD D. GAINES
                                              rdenisgaines@earthlink.net
                                              PO Box 943
                                              102 Sugarberry Lane
                                              Greentown, PA 18426-0943
                                              Telephone: 570-857-0180
                                              Of Attorney for Plaintiff